IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LESTER F. ANDERSON, | § | |
| | § | |
| Defendant Below, | § | No. 258, 2024 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 30109009DI (N) |
| | § | |
| Appellee. | § | |

Submitted: October 10, 2024
Decided: November 22, 2024

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its May 31, 2024 order denying the appellant's sixth motion for postconviction relief.[1] The Court declines to address the appellant's Ex Post Facto Clause argument because he did not raise it in the Superior Court.[2]

---

[1] *State v. Anderson*, 2024 WL 2815460 (Del. Super. Ct. May 31, 2024).
[2] Supr. Ct. R. 8.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
 Justice